RECEIVED
IN LAKE CHARLES, LA

AUG 11 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| JACOB FONTENOT, individually, and on behalf of his minor child, KRISTOPHER LEE FONTENOT AND SABRINA FONTENOT | : | DOCKET NO. 2:05 CV 0335 |
| VS. | : | JUDGE MINALDI |
| CANRIG DRILLING TECHNOLOGY, LTD. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT

It is ORDERED, that the unopposed, partial motion for summary judgment filed by defendant, Canrig Drilling Technology, Ltd. [doc. 39] is GRANTED.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this _11_ day of August, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT